UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE AND INSTITUTIONAL TRUSTEE,<br><br>Plaintiff,<br><br>-against-<br><br>FLORIDA FIRST CITY BANKS, INC.,<br><br>Defendant. | Case No.: 19-CV-08443 (VM)<br><br>**CONSENT JUDGMENT**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/28/2021 |

Upon the Stipulation for Entry of Consent Order submitted by Plaintiff Wilmington Trust Company, in its capacity (i) as Indenture Trustee under an Indenture between Florida First City Banks, Inc., and Wilmington Trust Company, dated as of June 15, 2005 and (ii) as Institutional Trustee and Delaware Trustee under the Amended and Restated Declaration of Trust between Florida First City Banks, Inc. and Wilmington Trust Company, dated as of June 15, 2005 ("**Wilmington**" or "**Plaintiff**"), and Defendant Florida First City Banks, Inc., ("**Florida First**" or "**Defendant**"), the parties in the above-captioned civil action (the "**Case**"), that Defendant would agree to the entry of judgment in favor of Plaintiff in accordance with the terms thereof, and it appearing to the Court that there is no just reason for delay, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the Court has personal jurisdiction over the Defendant Florida First; and it is further

**ORDERED, ADJUDGED, and DECREED** that the Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a); and it is further

**ORDERED, ADJUDGED, and DECREED** that Plaintiff Wilmington Trust Company shall recover from Florida First City Banks, Inc., as Defendant in the Case, the amount of $7,968,407.81 (the "**Judgment**"); and it is further

**ORDERED, ADJUDGED, and DECREED** that this constitutes the Judgment of this Court; and it is further

**ORDERED, ADJUDGED, and DECREED** that the clerk enter this Judgment forthwith.

**SO ORDERED** on this __28__ day of __June__, 2021, New York, New York.

_____
Victor Marrero
U.S.D.J.

**AGREED AND CONSENTED TO:**

_____
Rita Marie Ritrovato
Vice President
Wilmington Trust Company
1100 N. Market Street
Wilmington, DE 19890-1605
Tel: (302) 636-5137
Email: rritrovato@wilmingtontrust.com

*Plaintiff Wilmington Trust Company as Indenture Trustee and Institutional Trustee*


_____
John McGee
Chairman of the Board of Directors
Florida First City Banks, Inc.
135 Perry Avenue, SE
Fort Walton Beach, Florida 32548
Tel: (850) 244-5151
Email: jmcgee71@gmail.com

*Defendant Florida First City Banks, Inc.*

**ORDERED, ADJUDGED, and DECREED** that Plaintiff Wilmington Trust Company shall recover from Florida First City Banks, Inc., as Defendant in the Case, the amount of $7,968,407.81 (the "**Judgment**"); and it is further

**ORDERED, ADJUDGED, and DECREED** that this constitutes the Judgment of this Court; and it is further

**ORDERED, ADJUDGED, and DECREED** that the clerk enter this Judgment forthwith.

**SO ORDERED** on this _____ day of _____, 2021, New York, New York.

---

**Honorable Victor Marrero**
**United States District Judge**

AGREED AND CONSENTED TO:

*[signature]*

Rita Marie Ritrovato
Vice President
Wilmington Trust Company
1100 N. Market Street
Wilmington, DE 19890-1605
Tel: (302) 636-5137
Email: rritrovato@wilmingtontrust.com

*Plaintiff Wilmington Trust Company as Indenture Trustee and Institutional Trustee*

---

John McGee
Chairman of the Board of Directors
Florida First City Banks, Inc.
135 Perry Avenue, SE
Fort Walton Beach, Florida 32548
Tel: (850) 244-5151
Email: jmcgee71@gmail.com

*Defendant Florida First City Banks, Inc.*

**ORDERED, ADJUDGED, and DECREED** that Plaintiff Wilmington Trust Company shall recover from Florida First City Banks, Inc., as Defendant in the Case, the amount of $7,968,407.81 (the "**Judgment**"); and it is further

**ORDERED, ADJUDGED, and DECREED** that this constitutes the Judgment of this Court; and it is further

**ORDERED, ADJUDGED, and DECREED** that the clerk enter this Judgment forthwith.

**SO ORDERED** on this _____ day of _____, 2021, New York, New York.

                                         **Honorable Victor Marrero**
                                         **United States District Judge**

**AGREED AND CONSENTED TO:**

Rita Marie Ritrovato
Vice President
Wilmington Trust Company
1100 N. Market Street
Wilmington, DE 19890-1605
Tel: (302) 636-5137
Email: rritrovato@wilmingtontrust.com

*Plaintiff Wilmington Trust Company as Indenture Trustee and Institutional Trustee*

John McGee
Chairman of the Board of Directors
Florida First City Banks, Inc.
135 Perry Avenue, SE
Fort Walton Beach, Florida 32548
Tel: (850) 244-5151
Email: jmcgee71@gmail.com

*Defendant Florida First City Banks, Inc.*